# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __16 M 0315__

2) Defendant's Name: __Dowling__ __Delvon__ _____
   (Last)         (First)        (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___ Yes ___ No  Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __✓__ Yes ___ No  Date/Time: __4/2/16__

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: __✓__  Bail Hearing set for: __4/5/16 2PM__

12) (a) Preliminary Hearing set for: _____ ; or waived: _____

    (b) Removal Hearing set for: _____ ; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY __David Gopstein__

14) DEFENSE COUNSEL'S NAME: __Michael Brown__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET: __✓__
    Telephone Number: (___) _____

15) LOG #: ___ (__Ct. avv.__) MAG. JUDGE: __Lois Bloom__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE